FILE COPY

No. 07-15-00097-CV

| | | |
|---|---|---|
| In the Interest of I.S.S. and G.P.S., Children | § | From the 320th District Court of Potter County |
| | § | |
| | | April 8, 2015 |
| | § | |
| | | Opinion Per Curiam |
| | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated April 8, 2015, it is ordered, adjudged and decreed that this appeal be dismissed.

It is further ordered that appellant pay all costs in this behalf expended for which let execution issue.

It is further ordered that this decision be certified below for observance.

o O o